NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: DICERNA PHARMACEUTICALS, INC.,**
*Appellant*

---

2024-1064

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/621,395.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Dicerna Pharmaceuticals, Inc. moves to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

*March 27, 2025*
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE**: March 27, 2025